[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APRIL 22, 2009
THOMAS K. KAHN
CLERK

No. 08-14918
Non-Argument Calendar

_____

D.C. Docket No. 07-00340-CR-WS

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LAMETRIS DESHUN WILLIAMS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama

_____

(April 22, 2009)

Before CARNES, WILSON and COX, Circuit Judges,

PER CURIAM:

Arthur J. Madden III, appointed counsel for Lametris Deshun Williams in this

direct criminal appeal, has moved to withdraw from further representation of the

appellant, because, in his opinion, the appeal is without merit. Counsel has filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Williams's conviction and sentence are **AFFIRMED**.